AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 04, 2020

SEAN F. McAVOY, CLERK

SHAWN S.,

)
)
*Plaintiff*                                      )
v.                                                  )        Civil Action No.   1:19-CV-03058-FVS
)
ANDREW M. SAUL,                          )
COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Plaintiff's Motion for Summary Judgment, ECF No. 10, is GRANTED, and the matter is REMANDED to the
Commissioner for additional proceedings consistent with this Order.
Defendant's Motion for Summary Judgment, ECF No. 13, is DENIED.
Judgment is entered for Plaintiff.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Fred Van Sickle _____ on a motion for Summary Judgment.

Date:  June 4, 2020 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Sara Gore
_____
*(By) Deputy Clerk*

Sara Gore
_____